IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**LARRY D. REAVES**,

    Plaintiff,

    v.

**Commissioner Social Security Administration**,

    Defendant.

_____

**Civ. No. 3:14-cv-00541-MC**

**OPINION AND ORDER**

**MCSHANE, Judge**:

Plaintiff, *pro se*, filed a complaint for judicial review of a final decision of the Commissioner of Social security on March 31, 2014. Pl.'s Compl. 1–2, ECF No. 1. On May 27, 2014, this Court issued an order to show cause. Order to Show Cause 1–2, date, ECF No. 16. In consideration of plaintiff's *pro se* status,[1] this Court granted plaintiff until June 16, 2014 to "(1) pay the $400 filing fee or file an application to proceed in forma pauperis, (2) serve notice of plaintiff's social security number upon defendant, and (3) notify the Clerk's Office of his mailing address and telephone number in compliance with Local Rule 83-10." *Id*. Plaintiff has not taken additional action since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF No. 16, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

---

[1] This Court appointed Nancy J. Meserow as Pro Bono Counsel on April 25, 2014. However, Ms. Meserow subsequently filed a motion to withdraw because she was unable to contact plaintiff despite numerous efforts.

1 – OPINION AND ORDER

DATED this 24th day of June, 2014.

_____s/ Michael J. McShane_____
**Michael J. McShane
United States District Judge**

2 – OPINION AND ORDER